David L. Emerzian , # 222930　　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for Defendants
OSWALDO ACEVES, SEBASTIAN OREGON and
MONICA OREGON dba COLIMA'S RESTAURANT,
YESMED, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT, YESMED, INC.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-00269-AWI-GSA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT shall have a 21 day extension of time, to and including May 5, 2010, to respond to Plaintiff THERESA WALLEN's Complaint.

///

///

///

///

///

///

1546924.v1

1:10-CV-00269-AWI-GSA

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: April 15th, 2010                             McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP


                                                    By:  /s/David L. Emerzian
                                                         David L. Emerzian
                                                         Attorneys for Defendants
                                                         OSWALDO ACEVES, SEBASTIAN
                                                         OREGON and MONICA OREGON dba
                                                         COLIMA'S RESTAURANT, YESMED, INC.
Dated: April 15th, 2010                                  TANYA EUGENE LEVINSON


                                                    By:   /s/Tanya Eugene Levinson
                                                         Tanya Eugene Levinson
                                                         Attorneys for Plaintiff
                                                         THERESA WALLEN


### **ORDER**

Pursuant to the Stipulation as reflected above, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT  shall have until May 5, 2010, to file a responsive pleading to Plaintiff's Complaint.


DATED:  April 15, 2010                               /s/ Gary S. Austin
                                                    Judge of the Eastern District Court