David L. Emerzian, # 222930  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
OSWALDO ACEVES, SEBASTIAN OREGON and
MONICA OREGON dba COLIMA'S RESTAURANT,
YESMED, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>           Plaintiff,<br><br>v.<br><br>OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT, YESMED, INC.,<br><br>           Defendants. | Case No. 1:10-cv-00269-AWI-GSA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT, and YESMED, INC., shall have until June 14, 2010, to respond to Plaintiff THERESA WALLEN's Complaint. The parties further agree to continue the scheduling conference which is presently set for May 20, 2010, until a date that is convenient with the Court's calendar.

///

///

///

///

///

1562986.v1

1:10-CV-00269-AWI-GSA

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: May 17, 2010

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/David L. Emerzian
David L. Emerzian
Attorneys for Defendants
OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT, YESMED, INC.
TANYA EUGENE LEVINSON

Dated: May 17, 2010

By: /s/ Tanya Eugene Levinson
Tanya Eugene Levinson
Attorneys for Plaintiff
THERESA WALLEN
GILMORE, WOOD, VINNARD & MAGNESS, P.C.

Dated: May 17, 2010

By: /s/ Daniel W. Rowley
Daniel W. Rowley
Attorneys for Defendant
YESMED, Inc..

**ORDER**

The stipulation is granted *nunc pro tunc* to reflect a second extension of time from May 5, 2010, to June 14, 2010, within which Defendants YESMED, INC., OSWALDO ACEVES, SEBASTIAN OREGON and MONICA OREGON dba COLIMA'S RESTAURANT shall file a responsive pleading to Plaintiff's Complaint. Additionally, the Initial Scheduling Conference set for May 20, 2010, is hereby CONTINUED to July 19, 2010, at 9:30 a.m. in Courtroom 10.

DATED: May 18, 2010          /s/ Gary S. Austin
United States Magistrate Judge